UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD FLEMMING,

        Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

Case No. 14-cv-05542-TEH

**ORDER TO SHOW CAUSE FOR PLAINTIFF'S FAILURE TO RESPOND TO COUNTY'S MOTION TO DISMISS**

On December 19, 2014, this case was removed from the Alameda County Superior Court. (Docket No. 1). On December 23, 2014, Defendants County of Alameda and Sheriff Gregory Ahern filed a motion to dismiss Plaintiff's first amended complaint. (Docket No. 8). The case was reassigned to Judge Thelton E. Henderson on December 24, 2014. (Docket No. 9). The motion to dismiss was re-noticed on December 30, 2014, with Plaintiff's response due on January 6, 2015. (Docket No. 10). The Court has yet to receive a response to the motion, a violation of Northern District of California Civil Local Rule 7-3. Plaintiff's counsel has not provided an adequate explanation for this violation.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's counsel shall appear to show cause on **January 26, 2015, at 10:00 AM** in Courtroom 2, 17th Floor of the Phillip Burton Federal Building, as to why this case should not be dismissed for failure to prosecute and/or why monetary sanctions should not issue for counsel's failure to file an opposition to the motion to dismiss. Plaintiff shall file a written response to this order on or before **January 21, 2015**. Defendants do not need to attend the hearing or respond.

**IT IS SO ORDERED.**

Dated:  01/15/15

_____

THELTON E. HENDERSON
United States District Judge

United States District Court
Northern District of California