Autumn R. Paine, SBN 251038
385 Grand Avenue, Suite 200
Oakland, California 94610
Telephone: (510) 832-1911
Facsimile: (510) 832-0470
autumn@oaklanddefense.com

Attorney for Plaintiff Richard Flemming

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLEMMING, | ) Case No.: 14-cv-05542-TEH |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S NOTICE OF VOLUNTARY |
| | ) DISMISSAL OF THE STATE OF CALIFORNIA |
| | ) PURSUANT TO F.R.C.P 41(a)(1) |
| COUNTY OF ALAMEDA, et al., | ) |
| Defendants. | ) |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), PLAINTIFF RICHARD FLEMING hereby voluntarily dismisses all claims in this action without prejudice as to DEFENDANT STATE OF CALIFORNIA.

Defendant has neither answered Plaintiff's complaint nor filed a motion for summary judgment. Plaintiff has not previously dismissed this claim against this Defendant. Therefore, dismissal under Rule 41 (a)(1) is appropriate.

Dated: January 29, 2015

Respectfully submitted,

/s/   *Autumn R. Paine*
Autumn Paine
Attorney for Plaintiff
Richard Flemming

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — 2/2/2015 — IT IS SO ORDERED — Judge Thelton E. Henderson]

Plaintiff's Notice of Voluntary Dismissal of Defendant State Of California
Flemming v. County of Alameda et al., Case No.: 14-cv-05542-TEH