Autumn R. Paine, SBN 251038
385 Grand Avenue, Suite 200
Oakland, California 94610
Telephone: (510) 832-1911
Facsimile: (510) 832-0470
autumn@oaklanddefense.com

Attorney for Plaintiff Richard Flemming

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLEMMING,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　　　Defendants. | Case No.: 14-cv-05542-TEH<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1) |

TO THE HONORABLE COURT AND TO PARTIES AND THEIR COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), PLAINTIFF RICHARD FLEMMING hereby voluntarily dismisses all claims in this action without prejudice as to DEFENDANT CITY OF OAKLAND and as to DEFENDANT SEAN WHENT.

Neither of these Defendants has answered Plaintiff's complaint nor has either filed motions for summary judgment.

Dated: March 24, 2015　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/    *Autumn R. Paine*
　　　　　　　　　　　　　　　　　　　　　　　　　Autumn Paine
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　Richard Flemming

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
3/26/2015
IT IS SO ORDERED
Judge Thelton E. Henderson]

Plaintiff's Notice of Voluntary Dismissal
Flemming v. County of Alameda et al., Case No.: 14-cv-05542-TEH