Autumn R. Paine, State Bar No. 251038
LAW OFFICE OF AUTUMN R. PAINE
385 Grand Avenue, Suite 200
Oakland, California 94610
Telephone: (510) 832-1911
Facsimile: (510)832-0470
Email: autumn@oaklanddefense.com

Attorney for Plaintiff
RICHARD FLEMMING

Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
Amy Leifur Halby, State Bar No. 287216
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
COUNTY OF ALAMEDA and GREGORY AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLEMMING<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.<br><br>    Defendants. | Case No. 3:14-cv-05542-TEH<br><br>**STIPULATION TO CONTINUE MEDIATION COMPLIANCE DEADLINE; [PROPOSED] ORDER**<br><br><br>**Hon. Thelton E. Henderson** |

**STIPULATION**

Defendants COUNTY OF ALAMEDA and GREGORY AHERN and plaintiff RICHARD FLEMMING by and through their respective attorneys of record, hereby stipulate as follows:

1

STIPULATION TO CONTINUE MEDIATION COMPLIANCE DEADLINE; [PROPOSED] ORDER
*Flemming v. County of Alameda, et al.*; USDC Northern District of CA Case No. 3:14-cv-05542-TEH

1. By order dated March 10, 2015 the parties' stipulation to participate in mediation was adopted and ordered. Pursuant to the Court's order, the parties' deadline to complete mediation is September 6, 2015. No trial date has been set.

2. By order filed May 6, 2015, the parties were assigned to mediator Mr. William M. Goodman.

3. On May 19, 2015, the parties participated in a pre-mediation phone conference with Mr. Goodman and scheduled mediation to take place on August 11, 2015. August 11, 2015 was the latest date before the mediation compliance deadline that Mr. Goodman and the parties were available for mediation.

4. Following the scheduling of mediation, the parties determined that they will be unable to meaningfully participate in mediation by August 11, 2015 because of scheduling difficulties.

5. The parties have diligently pursued discovery in this matter. However, the essential deposition of Plaintiff has been delayed due the parties' unavailability. Moreover, Defendant's responses to Plaintiff's written discovery requests remain outstanding given the number of requests and the unavailability of County personnel. Plaintiff's deposition has now been scheduled for August 27, 2015, the first date available for all parties.

6. Additionally, Plaintiff's counsel will be involved in a no time waiver multi-defendant preliminary hearing in mid-August.

7. The parties have made good-faith efforts to prepare to meaningfully participate in mediation. However, due to the unanticipated difficulty in scheduling the essential deposition of Plaintiff, the ongoing exchange of written discovery, unforeseen scheduling conflicts, and the limited availability of the mediator, the parties will be unable to complete necessary discovery and adequately prepare for mediation in compliance with this Court's September 6, 2015 deadline.

8. In a good-faith effort to comply with this Court's order referring the parties to mediation, the parties have rescheduled mediation with Mr. Goodman for October 27, 2015, subject to this Court's approval of the stipulated request herein to continue the mediation compliance deadline in this matter through such date. An earlier mediation date could not be selected because Mr. Goodman advised the parties that he is unavailable for mediation all of September and the majority of October.

2

STIPULATION TO CONTINUE MEDIATION COMPLIANCE DEADLINE; [PROPOSED] ORDER
*Flemming v. County of Alameda, et al.*; USDC Northern District of CA Case No. 3:14-cv-05542-TEH

9. For the good cause reasons stated above, the parties respectfully request this Court extend the deadline to complete mediation to October 27, 2015, to provide the parties additional time to complete necessary pre-mediation discovery. The parties further respectfully request this Court continue the presently scheduled August 31, 2015 case management conference to a date after October 27, 2015 as convenient to the Court.

10. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: July 30, 2015                    LAW OFFICE OF AUTUMN R. PAINE

                                        By:   /s/*Autumn Paine*
                                              Autumn Paine
                                              Attorney for Plaintiff
                                              RICHARD FLEMMING

Dated: July 30, 2015                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                        By:   /s/*Michael C. Wenzel*
                                              Michael C. Wenzel
                                              Attorneys for Defendants
                                              COUNTY OF ALAMEDA
                                              and GREGORY AHERN

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED. The mediation compliance deadline currently set for September 6, 2015 is continued to October 27, 2015. The Case Management Conference scheduled for August 31, 2015 at 1:30 p.m. is continued to   November 9 , 2015 at  1:30 PM  .

**IT IS SO ORDERED.**

Dated:  08/03/2015

                                        _____
                                        THE HONORABLE
                                        United States District Judge
                                        *Judge Thelton E. Henderson*