Autumn R. Paine, State Bar No. 251038
LAW OFFICE OF AUTUMN R. PAINE
385 Grand Avenue, Suite 200
Oakland, California 94610
Telephone: (510) 832-1911
Facsimile: (510)832-0470
Email: autumn@oaklanddefense.com

Attorney for Plaintiff
RICHARD FLEMMING

Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
Amy Leifur Halby, State Bar No. 287216
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
COUNTY OF ALAMEDA and GREGORY AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLEMMING<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.<br><br>    Defendants. | Case No. 3:14-cv-05542-TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~ ORDER]**<br><br>**Hon. Thelton E. Henderson** |

**STIPULATION**

Defendants COUNTY OF ALAMEDA and GREGORY AHERN and plaintiff RICHARD FLEMMING, by and through their respective attorneys of record, hereby stipulate as follows:

1

1. By Order dated August 3, 2015, this matter was scheduled by the Court for a Case Management Conference to be held on November 9, 2015. (Docket No. 47.)

2. Prior to the Court's Order scheduling the Case Management Conference, defense counsel had scheduled and paid for a family vacation out of state from November 5, 2015 through November 10, 2015.

3. Given the unavailability and inability of defense counsel to appear at the presently scheduled Case Management Conference, the parties request that the Court continue the Case Management Conference in this matter scheduled for November 9, 2015 to November 23, 2015 or a date as soon thereafter as is convenient to the Court, other than November 30, 2015 as defense counsel has been called for jury duty on that date.

4. For all the good cause stated above, the parties respectfully request this Court continue the Case Management Conference scheduled for November 9, 2015 to November 23, 2015 or a date as soon thereafter as is convenient to the Court, other than November 30, 2015 as defense counsel has been called for jury duty on that date. The parties do not request the modification of any other dates.

5. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: September 21, 2015        LAW OFFICE OF AUTUMN R. PAINE

                                                        By:  /s/*Autumn Paine*
                                                             Autumn Paine
                                                              Attorney for Plaintiff
                                                             RICHARD FLEMMING

Dated: September 21, 2015        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                        By:  /s/*Michael C. Wenzel*
                                                             Michael C. Wenzel
                                                            Attorneys for Defendants
                                                             COUNTY OF ALAMEDA
                                                             and GREGORY AHERN

1 [~~PROPOSED~~] ORDER

2   GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the
3 parties' stipulation is hereby APPROVED.  The Case Management Conference scheduled for November
4 9, 2015 at 1:30 p.m. is continued to ___November 23___, 2015 at __1:30 PM__.

5   **IT IS SO ORDERED.**

7 Dated: __09/23/2015__



THE ...
United ...
Judge Thelton E. Henderson

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*Flemming v. County of Alameda, et al.*; USDC Northern District of CA Case No. 3:14-cv-05542-TEH