UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLEMMING<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No. 14-cv-05542-TEH   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: October 27, 2015<br>Mediator: William Goodman |

IT IS HEREBY ORDERED that the request to excuse defendant Sheriff Gregory Ahern from participating in the October 27, 2015, mediation before William Goodman is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: October 15, 2015

Maria-Elena James
United States Magistrate Judge